United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARRY R. DAVIS, ) | |
| ) | CIVIL NO. C09-5004-RBL-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF TIME |
| vs. ) | TO FILE OPENING BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before August 17, 2009, Defendant's Answering Brief shall be filed on or before September 15, 2009, and Plaintiff's Reply Brief shall be filed on or before September 29, 2009.  Any request for oral argument to be filed by October 6, 2009.

DATED this 15th day of July, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE OPENING BRIEF- [C09-5004-RBL-JRC] - 1